# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1754. LABAT v. BENNETT.**

Appellant Patrick Labat, in his official capacity as Fulton County Sheriff, has moved for permission to withdraw this appeal pursuant to Court of Appeals Rule 41 (g) (1). Labat's motion is hereby GRANTED, and his appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/14/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*